Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WILLIAM BOSHEARS as PERSONAL REPRESENTATIVE For The ESTATE OF CHRISTINA BOSHEARS; JORDAN BOSHEARS; SCOTT KALKWARF, as Guardian ad Litem for Minor Child M.J. and, JORDAN BOSHEARS,<br><br>Plaintiffs,<br><br>vs.<br><br>KITSAP COUNTY, A MUNICIPAL CORPORATION; STEVE BOYER, SHERIFF, INDIVIDUALLY AND OFFICIALLY AS EMPLOYEE AND/OR AGENT OF KITSAP COUNTY, WASHINGTON; NED NEWLIN, JAIL ADMINISTRATOR, INDIVIDUALLY and OFFICIALLY as EMPLOYEE and/or AGENT OF KITSAP COUNTY, WASHINGTON; CONMED LLC; DEBBIE BUCK, LPN, INDIVIDUALLY and as EMPLOYEE for CONMED LLC; LYNNE WILLIAMS, LPN, INDIVIDUALLY and as EMPLOYEE FOR CONMED; SARAH JOHNSON, LPN, INDIVIDUALLY and as EMPLOYEE for CONMED LLC; VIVEK SHAH, MD, INDIVIDUALLY and as EMPLOYEE for CONMED LLC; JOHN AND JANE DOEs 1-10, AND ABC-JKL CORPORATIONs or LLCs or PLLCs,<br><br>Defendants. | No. 3:16-cv-6012 RBL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL REMAINING DEFENDANTS, INCLUDING CONMED LLC; JOHN AND JANE DOES 1-10 AND ABC-JKL CORPORATIONS OR LLCS OR PLLCS** |

STIPULATION AND ORDER OF DISMISSAL OF ALL REMAINING DEFENDANTS, INCLUDING CONMED LLC; JOHN AND JANE DOES 1-10 AND ABC-JKL CORPORATIONS OR LLCS OR PLLCS - 1
3:16-cv-6012 RBL

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## STIPULATION

IT IS HEREBY STIPULATED by the Plaintiffs and remaining Defendants, through counsel of record, that Plaintiffs' complaint and all claims and causes of action against all remaining Defendants, including ConMed LLC; John and Jane Does 1-10 and ABC-JKL Corporations or LLCs or PLLCs, should be dismissed with prejudice and without fees and/or costs to any parties.

DATED: August 16, 2018        s/ Jeffrey M. Campiche
                              Jeffery M. Campiche, WSBA No. 7592
                              Attorneys for Plaintiffs

DATED: August 15, 2018        s/ John C. Andrews
                              John C. Andrews, WSBA No. 21387
                              Attorneys for Plaintiffs

DATED: August 15, 2018        s/Craig McIvor
                              Craig McIvor, WSBA No. 12745
                              Attorneys for ConMed, LLC

## ORDER

Based upon the stipulation, it is ORDERED as follows: that Plaintiffs' complaint and all claims and causes of action against all remaining Defendants, including ConMed LLC; John and Jane Does 1-10 and ABC-JKL Corporations or LLCs or PLLCs, should be dismissed with prejudice and without fees and/or costs to any parties.

DATED this 16th day of August, 2018.

Ronald B. Leighton
United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF ALL REMAINING DEFENDANTS, INCLUDING CONMED LLC; JOHN AND JANE DOES 1-10 AND ABC-JKL CORPORATIONS OR LLCS OR PLLCS - 2
3:16-cv-6012 RBL

LEE · SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944